■ SUSAN S., Appellant, v BERNARD W., Respondent.—Order of the Family Court, Nassau County, dated December 29, 1977 (upon an appeal by permission), affirmed, without costs or disbursements (see *Matter of Maureen E. O'H. v Nicholas C.,* 65 AD2d 491). Mollen, P. J., Latham, Damiani and Titone, JJ., concur.